**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-22829-CIV-ALTONAGA/O'Sullivan**

**COACH, INC.**, *et al.*,

Plaintiffs,

v.

**CHUNG MEI WHOLESALE, INC.**, *et al.*,

Defendants.
______________________________/

# FINAL JUDGMENT

**THIS CAUSE** came for trial before the Court and a jury, United States District Judge, Cecilia M. Altonaga, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on August 10, 2016, it is

**ORDERED AND ADJUDGED** as follows:

1. On Plaintiffs, Coach, Inc. and Coach Services, Inc.'s (collectively, "Plaintiffs[']") claim for trademark counterfeiting of the trademark CC & DESIGN ("Signature C") (Reg. No. 2,626,565) and the trademark COACH OP ART (Reg. No. 4,105,636), judgment is entered in favor of Plaintiffs and against Defendants, Chung Mei Wholesale, Inc. ("Chung Mei") and Sheng Biao Huang.

    a. Defendant, Lian Xiao Fu is not individually liable for Plaintiffs' trademark counterfeiting claim. Defendant, Sheng Biao Huang is individually liable for this claim.

    b. Chung Mei's use of the counterfeit marks was willful.

c. With respect to the trademark counterfeiting claim, Plaintiffs are awarded $7,200.00 per each of the two counterfeited trademarks, for a total of $14,400.00.

2. On Plaintiffs' claim for trademark infringement, judgment is entered in favor of Plaintiffs and against Defendants, Chung Mei, Lian Xiao Fu and Sheng Biao Huang (collectively, "Defendants").

a. Lian Xiao Fu and Sheng Biao Huang are individually liable for this claim.

3. On Plaintiffs' claim for trade dress infringement, judgment is entered in favor of Plaintiffs and against Defendants.

a. Lian Xiao Fu and Sheng Biao Huang are individually liable for this claim.

4. On Plaintiffs' claim for false designation of origin, judgment is entered in favor of Plaintiffs and against Defendants.

a. Lian Xiao Fu and Sheng Biao Huang are individually liable for this claim.

5. On Plaintiffs' claim for unfair competition, judgment is entered in favor of Plaintiffs and against Defendants.

6. Plaintiffs are awarded nominal damages in the amount of $7,500.00.

7. Requests for costs and attorneys' fees shall not be submitted until after any post-trial motions are decided or an appeal is concluded, whichever occurs later. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. section 1961, and shall be enforceable as prescribed by 28 U.S.C. sections 2001–2007, 28 U.S.C. sections 3001–3308, and Federal Rule of Civil Procedure 69(a).

8. The Clerk shall mark this case closed.

**DONE AND ORDERED** in Miami, Florida, this 10th day of August, 2016.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record